FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2023

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-87-TOR |
| Plaintiff, | INFORMATION |
| v. | Vio: 18 U.S.C. § 2250(a) |
| DERALD C. ALEXANDER (a/k/a "Umar El Rhashi"), | Failure to Register as a Sex Offender |
| Defendant. | |

The United States Attorney charges that:

Between on or about June 9, 2022, and continuing through on or about May 25, 2023, in the Eastern District of Washington and elsewhere, the Defendant, DERALD C. ALEXANDER (a/k/a "Umar El Rhashi"), a person who was required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and did knowingly fail to register and update his sex offender registration, all in violation of 18 U.S.C. § 2250(a).

DATED this 2nd day of August, 2023.

Vanessa R. Waldref
United States Attorney

*/s/ Ann T. Wick*
Ann T. Wick
Assistant United States Attorney

INFORMATION-1